FILED ☑ / ENTERED ☐   RECEIVED ☐ / SERVED ON ☐
COUNSEL/PARTIES OF RECORD

JUN -9 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:14-CR-086-JCM-(PAL) |
| Plaintiff, | ) | |
| v. | ) | Preliminary Order of Forfeiture |
| ALEX STARBUCK SNAGGLERS, | ) | |
| Defendant. | ) | |

This Court finds that defendant ALEX STARBUCK SNAGGLERS pled guilty to Count One of a One-Count Superseding Criminal Information charging him with Coercion and Enticement in violation of Title 18, United States Code, Section 2422(b). Superseding Criminal Information, ECF No. __; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds defendant ALEX STARBUCK SNAGGLERS agreed to the forfeiture of the property set forth in the Plea Agreement and the Forfeiture Allegations of the Superseding Criminal Information. Superseding Criminal Information, ECF No. __; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement and the Forfeiture Allegations of the Superseding Criminal Information and the offense to which defendant ALEX STARBUCK SNAGGLERS pled guilty.

The following assets are any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of a violation of Title 18, United States Code,

Section 2422(b) and any property, real or personal, used or intended to be used to commit or to facilitate the commission of a violation of Title 18, United States Code, Section 2422(b), and are subject to forfeiture pursuant to Title 18, United States Code, Section 2428(a)(1) and Title 18, United States Code, Section 2428(b)(1)(A) with Title 28, United States Code, Section 2461(c):

    a) Blue Samsung Galaxy S3, S/N 256691487003363108;

    b) Black and Red HTC cell phone with 8GB Micro SD Card;

    c) Dell PC Tower, S/N 6GNT591; and

    d) Miscellaneous CD/DVD's

(all of which constitutes property).

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of ALEX STARBUCK SNAGGLERS in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity who claims an interest in the aforementioned property must file a petition for a hearing to

1  adjudicate the validity of the petitioner's alleged interest in the property, which petition shall be
2  signed by the petitioner under penalty of perjury pursuant to Title 21, United States Code,
3  Section 853(n)(3) and Title 28, United States Code, Section 1746, and shall set forth the nature
4  and extent of the petitioner's right, title, or interest in the forfeited property and any additional
5  facts supporting the petitioner's petition and the relief sought.

6      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be
7  filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, no
8  later than thirty (30) days after the notice is sent or, if direct notice was not sent, no later than
9  sixty (60) days after the first day of the publication on the official internet government forfeiture
10 site, www.forfeiture.gov.

11     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if
12 any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at
13 the following address at the time of filing:

> Daniel D. Hollingsworth
> Assistant United States Attorney
> 501 Las Vegas Boulevard South, Suite 1100
> Las Vegas, Nevada 89101.

17     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described
18 herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate
19 agency following publication of notice of seizure and intent to administratively forfeit the above-
20 described property.

21     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies
22 of this Order to all counsel of record.

23     DATED this ____ day of May, 2016.

UNITED STATES DISTRICT JUDGE