JOHN G. GEORGE, ESQ.
Nevada Bar No. 12380
LAW OFFICE OF JOHN GEORGE
732 s. 6TH Street  Suite 100
Las Vegas, Nevada  89101
Telephone: (702) 561-7855
Facsimile: (702) 446-1577
E-mail: johngeorgejr@fastmail.fm

Attorney for Defendant
*Alex Starbuck Snagglers*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:14-cr-00086-JCM-PAL |
| Plaintiff, | |
| v. | |
| ALEX STARBUCK SNAGGLERS, | |
| Defendant. | |

**STIPULATION TO CONTINUE SENTENCING**

IT IS HEREBY STIPULATED AND AGREED between the parties, Daniel G. Bogden, United States Attorney for the District of Nevada; Cristina D. Silva, Assistant United States Attorney, counsel for the United States; and John G. George, counsel for Alex Starbuck Snagglers; that this Court issue an Order continuing the sentencing of Alex Starbuck Snagglers. The attorney for the United States, the Defendant and his counsel, all approve of this request to continue sentencing.

///

The parties state as follows:

1) The presently scheduled day for sentencing is October 17, 2016.

2) Counsel for Mr. Snagglers seeks more time to permit family of Mr Snagglers to arrange to be present for the sentencing

3) Counsel for Alex Starbuck Snagglers requests a continuance to enable receipt for family/personal information and materials to be provided for a more comprehensive sentencing memorandum

4) Counsel for Alex Snagglers requests this continuance because he will be in a trial in Federal Court on the day currently scheduled for sentencing

This is the third stipulation for a continuance in this matter and the second stipulation to continue sentencing

DATED this 7th day of October, 2016.

Respectfully submitted:

 /s/ Christina Silva
CRISTINA D. SILVA, ESQ.
Counsel for the United States
Assistant United States Attorney

/s/ John George
JOHN G. GEORGE, ESQ.
Counsel for Defendant
Alex Starbuck Snagglers

JOHN G. GEORGE, ESQ.
Nevada Bar No. 12380
LAW OFFICE OF JOHN GEORGE
732 S. 6th Street Suite 100
Las Vegas, Nevada 89101
Telephone: 702-561-7855
Facsimile: 702-446-1577
E-mail: jggeorgelaw@gmail.com
Attorney for Defendant
*Alex Starbuck Snagglers*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:14-cr-00086-JCM-PAL |
| Plaintiff, | |
| v. | **FINDINGS OF FACT CONCLUSIONS OF LAW AND ORDER** |
| ALEX STARBUCK SNAGGLERS, | |
| Defendant. | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore the Court finds that:

1. On October 17, 2016, Alex Starbuck Snagglers is scheduled to be sentenced.

2. Counsel for the United States, AUSA Cristina D. Silva, and counsel for Alex Starbuck Snagglers conferred and all agree to continue the sentencing so that Alex Starbuck Snagglers can be better represented at his sentencing hearing

3. Counsel for the United States and counsel for Alex Starbuck Snagglers have agreed to continue the sentencing of Alex Starbuck Snagglers until after the October 17th sentencing date.

4. A denial of this continuance could result in a miscarriage of justice as it would prevent counsel for Alex Starbuck Snagglers time to prepare for the sentencing hearing.

## CONCLUSIONS OF LAW

The ends of justice will be served by granting this continuance as it will enable Defendant the benefit of a reduction in the points determining the recommendation made by the United States regarding the length of Defendant's sentence. Additionally, a failure to grant this continuance would likely result in a miscarriage of justice because Defendant and counsel would be unprepared for the sentencing.

## ORDER

IT IS HEREBY ORDERED that the sentencing date currently scheduled for 10:00 a.m. on October 17, 2016 be vacated and re-scheduled for November 9, 2016, at 10:00 a.m.

DATED October 14, 2016

_____
UNITED STATES DISTRICT JUDGE

Submitted by:
LAW OFFICE OF JOHN GEORGE

 /s/ John George
JOHN G. GEORGE, ESQ.
Nevada Bar No. 12380
732 S. 6th Street  Suite 100
Las Vegas, Nevada  89101
Telephone:     (702) 561-7855
Facsimile:     (702) 446-1577
E-mail: johngeorgejr@fastmail.fm
Attorney for Defendant
*Alex Starbuck Snagglers*