UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>ALEX STARBUCK SNAGGLERS,<br><br>Defendant(s). | Case No. 2:14-CR-86 JCM (PAL)<br><br>ORDER |

Presently before the court is the matter of *United States of America v. Snagglers*, case number 2:14-cr-000860-JCM-PAL.

Pursuant to Federal Rule of Criminal Procedure 32, defendant Alex Snagglers seeks another 60-day extension to his current sentencing date scheduled for November 9, 2016, at 10:00am. (ECF No. 94). Defendant argues the extension will allow his family to attend his hearing and allow his medications to be properly regulated.

Accordingly, the court will grant defendant's request. As sentencing has been continued three times in this matter, any further extensions will require good cause.

The sentencing hearing scheduled for November 9, 2016, at 10:00am will be vacated and rescheduled for Wednesday, January 11, 2017, at 10:00am.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendant's motion to continue sentencing (ECF No. 94) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that the sentencing hearing scheduled for November 9, 2016, at 10:00am be, and the same hereby is, VACATED.

**James C. Mahan**
**U.S. District Judge**

1  IT IS FURTHER ORDERED that the sentencing hearing is RESCHEDULED for Wednesday, January 11, 2017, at 10:00am.

DATED November 7, 2016.

_____
UNITED STATES DISTRICT JUDGE