

FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JAN 3 1 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:14-CR-086-JCM-(PAL) |
| Plaintiff, | |
| v. | Final Order of Forfeiture |
| ALEX STARBUCK SNAGGLERS, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 2428(a)(1); and Title 18, United States Code, Section 2428(b)(1)(A) with Title 28, United States Code, Section 2461(c) based upon the plea of guilty by defendant Alex Starbuck Snagglers to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegations of the Second Superseding Criminal Information and shown by the United States to have the requisite nexus to the offense to which defendant Alex Starbuck Snagglers pled guilty. Second Superseding Criminal Information, ECF No. 83; Change of Plea, ECF No. 80; Plea Agreement, ECF No. 84; Preliminary Order of Forfeiture, ECF No. 85.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from June 16, 2016, through July 15, 2016, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 86.

///

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the property named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 2428(a)(1); Title 18, United States Code, Section 2428(b)(1)(A) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

    a) Blue Samsung Galaxy S3, S/N 256691487003363108;

    b) Black and Red HTC cell phone with 8GB Micro SD Card;

    c) Dell PC Tower, S/N 6GNT591; and

    d) Miscellaneous CD/DVD's

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED this 31st day of Jan., 2017.

UNITED STATES DISTRICT JUDGE