# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-CR-86 JCM (PAL) |
| Plaintiff(s), | ORDER |
| v. | |
| ALEX STARBUCK SNAGGLERS, | |
| Defendant(s). | |

Presently before the court is the matter of *United States v. Snagglers*, case number 2:14-cr-00086-JCM-PAL-1.

On January 31, 2017, the court sentenced defendant Alex Snagglers to 87 months of custody to be followed by a lifetime term of supervised release. (ECF Nos. 100, 103). Defendant now requests from the court a copy of his terms and conditions of supervised release. (ECF No. 112). The court will provide defendant with a copy of the judgment (103) which contains the conditions of supervised release on pages 3 to 5.

Accordingly

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendant's request for his terms of supervised release (ECF No. 112) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that clerk shall provide defendant with a copy of this order and a copy of the judgment (ECF No. 103).

DATED May 23, 2019.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**