Prob12B
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

**REQUEST FOR MODIFICATION
TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
**November 12, 2020**

Name of Offender: **Alex Starbuck Snagglers**

Case Number:  **2:14CR00086**

Name of Sentencing Judicial Officer: **Honorable James C. Mahan**

Date of Original Sentence: **January 31, 2017**

Original Offense: **Coercion and Enticement**

Original Sentence: **87 months prison, followed by a lifetime term of supervised release**

Date Supervision Commenced: **June 2, 2020**

Name of Assigned Judicial Officer: **Honorable James C. Mahan**

## PETITIONING THE COURT

☒ To modify the conditions of supervision as follows:

1. **Residential Reentry Center** – You must reside in a residential reentry center for a term of up to 120 days. You must follow the rules and regulations of the center.

## CAUSE

On January 31, 2017, Your Honor sentenced Snagglers to 87 months imprisonment, followed by a lifetime term of supervised release for committing the offense of Coercion and Enticement.  On June 2, 2020, Snagglers commenced supervised release in the District of Nevada.

On June 2, 2020, Your Honor ordered the modification of Snagglers' conditions to include up to 120 days placement at the Residential Reentry Center (RRC) to allow time for him to secure employment and find a residence.  Due to COVID-19 and limited employment options, Snagglers was unable to secure employment until recently.  On November 3, 2020, Snagglers secured a job as a barista at Starbucks.

RE: Alex Starbuck Snagglers

Prob12B
D/NV Form
Rev. June 2014

As Snagglers has minimal savings at this time, the probation office respectfully requests that Snagglers' conditions be modified to include up to 120 days placement at the RRC. When Snagglers has saved enough money to secure his own residence, the undersigned officer would respectfully request that Your Honor allow Snagglers to leave the RRC before expiration of the 120-day modification. Furthermore, if Your Honor is amenable, the Court could also order that subsistence payments be waived during this time to allow Snagglers to save his money to secure his own housing. Snagglers is in agreement with this modification as evidenced by his signature on the attached Probation 49 form.

Respectfully submitted,

*Tawni Lea Salem*
Digitally signed by Tawni Lea Salem
Date: 2020.11.15 18:32:38 -08'00'

Tawni Salem
Senior United States Probation Officer

Approved: *[signature]*   Steve M. Goldner
2020.11.12 13:20:03 -08'00'

Benjamin B. Johnson
Supervisory United States Probation Officer

---

## THE COURT ORDERS

☐   No Action.

☐   The extension of supervision as noted above.

☒   The modification of conditions as noted above

☐   Other (please include Judicial Officer instructions below):

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

*James C. Mahan*
Signature of Judicial Officer

November 20, 2020
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

### District of Nevada

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**Residential Reentry Center** – You must reside in a residential reentry center for a term of up to 120 days. You must follow the rules and regulations of the center.

Witness _____
U.S. Probation Officer
Digitally signed by Tawni Lea Salem
Date: 2020.11.15 18:29:43 -08'00'

Signed _____
Probationer or Supervised Releasee

Date  11/13/20